**Electronically Filed
Supreme Court
SCWC-18-0000151
10-JUL-2019
09:27 AM**

SCWC-18-0000151

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

SAMUEL EAGER, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000151; CRIMINAL NO. 13-1-0145)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Samuel Eager's application for writ of certiorari filed on May 28, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 10, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

